IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY J. ALIUCCI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. 10-1297 |
| | ) Criminal No. 08-69 |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### ORDER

AND NOW, this 11th day of February, 2011, in accordance with the foregoing Memorandum Opinion, IT IS HEREBY ORDERED that Petitioner Anthony J. Aliucci's "Motion Under 28 USC 2255 To Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody" [57] is DENIED.

IT IS FURTHER ORDERED that no certificate of appealability should issue.

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf:  Shaun E. Sweeney, AUSA

Anthony J. Aliucci
09766-068
FCI Morgantown
Post Office Box 1000
Morgantown, WV 26507-1000