IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY J. ALIUCCI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 10-1297 |
| | ) | Criminal No. 08-69 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

AND NOW, this 11th day of February, 2011, the Court having denied Petitioner's Motion Under 28 USC 2255 To Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody,

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf:  Shaun E. Sweeney, AUSA

Anthony J. Aliucci
09766-068
FCI Morgantown
Post Office Box 1000
Morgantown, WV 26507-1000